# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142324(60)

LEE M. KHAN, a/k/a LEE M. KAHAN,
     Plaintiff-Appellee,

v

SC: 142324
COA: 293991
Genesee CC: 08-089357-CZ

CITY OF FLINT,
     Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's July 29, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARILYN KELLY and HATHAWAY, JJ., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

_____
Clerk

d0118